FILED

2007 AUG 28  AM 8: 56

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ___CP___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARM WATER TECHNOLOGICAL SERVICES, INC., d/b/a WATER TECH., a California corporation, and C.B.J.T., Inc., d/b/a AGRICULTURAL SUPPLY, a California corporation, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ARKANSAS BEST CORPORATION, AVERITT EXPRESS, CON-WAY, INC., FEDEX CORPORATION, JEVIC TRANSPORTATION, INC., SUN CAPITAL PARTNERS IV, LLC, NEW ENGLAND MOTOR FREIGHT, INC., R+L CARRIERS, INC., SAIA, INC., UNITED PARCEL SERVICE, INC. and YRC WORLDWIDE INC.,<br><br>Defendants. | CASE NO. 07 CV 1389 BEN (RBB)<br><br>**ORDER ON JOINT MOTION AND STIPULATION RE RESPONSE TO COMPLAINT** |

1    Based on the Parties' Joint Motion And Stipulation Re Response To Complaint, and good
2 cause having been shown:

3    IT IS HEREBY ORDERED THAT:

4    1.    The deadline for the Defendants to respond to the Complaint shall be extended until
5 **October 15, 2007.**

6    2.    Notwithstanding the above paragraph, should any defendant to whom this extension
7 applies, respond to a complaint alleging price fixing of fuel surcharges for less-than-truckload truck
8 shipments in another case prior to the date contemplated by this Stipulation, then such defendant shall
9 make a simultaneous response to the Complaint in the above-captioned matter. In addition, should
10 any Defendant respond or undertake to respond to discovery or otherwise engage in facilitation of
11 case management in another case alleging price fixing of fuel surcharges for less-than-truckload truck
12 shipments prior to the date contemplated by this Stipulation, then such Defendant shall engage in
13 similar discovery or case management activity in this case.

14    3.    By entering into the Stipulation Re Response To Complaint, an entity named as a
15 Defendant in the above-captioned action does not waive any defense, including, but not limited to,
16 the defense of lack of personal jurisdiction, improper venue, or improper service.

17 DATED: 8/27, 2007

_____
The Honorable Roger T. Benitez
United States District Judge

100287183_1.DOC